**Lewis Roca Rothgerber LLP**
201 E. Washington St., Suite 1200
Phoenix, AZ 85004-2595

Milton A. Wagner, State Bar No. 024976
Direct Dial:  (602) 262-5378
Direct Fax:  (602) 748-2513
EMail:  MWagner@LRRLaw.com

Attorneys for Chex Systems, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Elie K. Mamboleo, a single person,<br><br>                             Plaintiff,<br><br>    vs.<br><br>Wells Fargo Bank, N.A.; and Chex Systems, Inc.,<br><br>                             Defendants. | No. 2:14-cv-00648-DGC<br><br>**DEFENDANT CHEX SYSTEMS, INC.'S MOTION TO SEAL EXHIBITS TO MOTION TO DISMISS** |

Pursuant to LRCiv 5.6, Chex Systems, Inc. ("Chex Systems") moves for a separate order allowing it to file under seal certain exhibits to Chex Systems' Motion to Dismiss (to be filed subsequently). These exhibits consist of Chex Systems' consumer report regarding Plaintiff and a letter to him letter dated February 5, 2014, which contain confidential information.

The Court "may order the sealing of any document pursuant to a motion . . . [that] set[s] forth a clear statement of the facts and legal authority justifying the filing of the document under seal." LRCiv 5.6(b). Chex Systems' consumer report on Plaintiff and letter contain confidential personal and credit information regarding him. (The letter discusses elements of the consumer report and previously reported information therein.) Under the Fair Credit Reporting Act ("FCRA"), a consumer reporting agency may only disclose a consumer report for a permissible purpose, such as disclosure in response to the order of a court with jurisdiction to issue such an order, disclosure in accordance with the written instructions of the consumer, or disclosure to a person that intends to use the information in connection with a credit or business transaction. *See* 15 U.S.C. § 1681b

4423935_1

(listing permissible purposes).  An agency that discloses a consumer report for any other purpose is liable to the consumer for damages.  *Id.* §§ 1681n, 1681o.

Pursuant to the foregoing authority, Chex Systems submits the following exhibits, which contain confidential personal and credit information, to be filed under seal: Exhibits 1 and 2 to Chex Systems' Motion to Dismiss.  Contemporaneously with this filing, Chex Systems has separately lodged with the Court the Exhibits that are the subject of this Motion, as required by LRCiv 5.6.

As required by LRCiv 5.6(b), a proposed form of order is lodged herewith.

DATED this 2nd day of April, 2014.

LEWIS ROCA ROTHGERBER LLP


By: */s/ Milton A. Wagner*
    Milton A. Wagner
Attorneys for Chex Systems, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on April 2, 2014, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing, and mailed a copy of this document to:

>   Elie K. Mamboleo
>   2710 East Valencia Drive
>   Phoenix, Arizona  85042

>   */s/Mary Hastings*
>   an Employee of Lewis Roca Rothgerber LLP

4423935_1

3