UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Elie K. Mamboleo, a single person,<br><br>  Plaintiff,<br><br>vs.<br><br>Wells Fargo Bank, N.A.; and Chex Systems, Inc.,<br><br>  Defendants. | No. 2:14-cv-00648-DGC<br><br>**ORDER RE: MOTION TO SEAL EXHIBITS TO MOTION TO DISMISS** |

Having considered Defendant Chex System, Inc.'s Motion to Seal Exhibits to Motion to Dismiss, and good cause appearing:

**IT IS ORDERED** that Defendant Chex System, Inc.'s Motion to Seal Exhibits to Motion to Dismiss is GRANTED.

**IT IS FURTHER ORDERED** that the Clerk shall enter Defendant Chex System, Inc.'s Lodged Proposed Exhibits to its Motion to Dismiss onto the docket under seal.

**IT IS FURTHER ORDERED** that this Order shall not be Sealed.

LEWIS ROCA ROTHGERBER
201 E. Washington St., Suite 1200
Phoenix, AZ 85004-2595

4423964_1